UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER THE FUTURE,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>        Defendant. | Civil Action No. 24-2196 (PLF) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated:  June 24, 2026
        Washington, DC

| | |
|---|---|
| */s/ Matthew D. Hardin (By Permission)*<br>Matthew D. Hardin, D.C. Bar No. 1032711<br>Hardin Law Office<br>101 Rainbow Drive #11506<br>Livingston, TX 77399<br>Phone: (202) 802-1948<br>Email: MatthewDHardin@protonmail.com | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Christopher Horner (By Permission)*<br>Christopher Horner, D.C. Bar No. 440107<br>1725 I Street NW, Suite 300, PMB #2094<br>Washington, DC 20006<br>Phone: (202) 262-4458<br>Email: Chris@CHornerLaw.com | By:       */s/ Stephanie R. Johnson*<br>    STEPHANIE R. JOHNSON<br>    D.C. Bar #1632338<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 252-7874<br>    Stephanie.Johnson5@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for the United States of America* |